**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jose Guadalupe VILLALON,
Defendant–Appellant.**

**No. 06–40941
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 2007.

Tracey M. Batson, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern Dis-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**348**

trict of Texas, Plano, TX, for Plaintiff–Appellee.

Neil Lee Durrance, Law Office of Neil L. Durrance, Denton, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose Guadalupe Villalon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Villalon has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.